**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| REYES GUZMAN, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> AMERICAS SERVICING COMPANY, ) <br> aka WELLS FARGO HOME ) <br> MORTGAGE a Corporation, ) <br> ) <br> Defendants. ) | 2:10-CV-00540-PMP-LRL <br><br> **ORDER** |

      Before the Court for consideration is Defendant Wells Fargo Bank's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, for Summary Judgment, and for Release of Lis Pendens (Doc. #4), filed on April 21, 2010, Plaintiff Guzman's Response in Opposition thereto (Doc. #11) filed May 20, 2010, and Defendant's Reply (Doc. #12) filed June 4, 2010. Having considered, Defendant's fully briefed motion, the Court finds that it must be granted.

      As argued in Defendant's Reply Memorandum (Doc. #12), Plaintiff has failed to address the substantive legal arguments set forth in Defendant Wells Fargo's motion to dismiss. For the reasons set forth in Defendant's motion to dismiss, Plaintiff's Complaint fails to state claims upon which relief may be granted by this Court against Defendant Wells Fargo.

**IT IS THEREFORE ORDERED that** Defendant Wells Fargo Bank's Motion to Dismiss Plaintiff's Complaint (Doc. #4) is **GRANTED**, as is Defendant's Motion for Release of Lis Pendens.

**IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith enter judgment in favor Defendant Wells Fargo Bank and against Plaintiff Reyes Guzman.

DATED:  June 15, 2010.

PHILIP M. PRO
United States District Judge